**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-00134-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

MEL BOMPREZZI,

    Plaintiff,

v.

OFFICER GURULE, and
THE COLORADO DEPARTMENT OF CORRECTIONS,

    Defendants.

---

**ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCY**

---

Plaintiff has submitted a document titled "Civil Suit About Gurule Opening Sealed U.S. Postal Service Mail," a Certified Inmate Account Statement and a Certificate of Plaintiff's Indigency. As part of the court's review pursuant to D.C.COLO.LCivR 8.2, the court has determined that the submitted documents are deficient as described in this order. Plaintiff will be directed to cure the following if he wishes to pursue his claims. Any papers that the Plaintiff files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   X   is not submitted
(2)   ___   is missing affidavit
(3)   ___   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   ___   is missing required financial information

(6)   ___   is missing an original signature by the prisoner
(7)   ___   is not on proper form (must use the court's current form)
(8)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(9)   _X_  other: Account statement is necessary only if $350.00 filing fee is not paid in advance.

**Complaint, Petition or Application**:
(10)  _X_  is not submitted
(11)  ___  is not on proper form (must use the court's current form)
(12)  ___  is missing an original signature by the prisoner
(13)  ___  is missing page nos. ___
(14)  ___  uses et al. instead of listing all parties in caption
(15)  ___  names in caption do not match names in text
(16)  _X_  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(17)  ___  other: _____

Accordingly, it is

ORDERED that the Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this order**. Any papers which the Plaintiff files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the Plaintiff shall obtain the court-approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint forms (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED February 2, 2012, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge